

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CURT BECK**
*Special Corporation Counsel*
E-mail: cbeck@law.nyc.gov
Phone: (212) 356-3524
Fax: (212) 356-3509

November 30, 2021

**VIA ECF**

The Honorable Cheryl L. Pollak
United States District Court Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Sami v. City of New York, et al.</u>, 21-cv-2785 (WFK)(CLP)

Dear Judge Pollak:

    As you know, I am the Special Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter. **I write with consent of plaintiff's counsel, Joel Rudin Esq. to request that the telephonic settlement conference, now scheduled for December 7, 2021 at 10:45am, be adjourned by approximately one month to a date of the Court's convenience.** The reason for the request is that the documents and videos that we had hoped would have arrived already are now not scheduled to arrive until December 16, 2021. That, by necessity, has pushed back the timetable we envisioned to negotiate an early resolution to this case.

    The City thanks the Court for its consideration of this request.

                                              Respectfully submitted,

                                              Curt Beck
                                              Special Corporation Counsel

CPB/hs

cc:    Joel Rudin, Esq. (via ECF)