# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN

DAVID S. KEENAN
(OF COUNSEL)
SIDURI BECKMAN
(PARALEGAL)

January 20, 2022

**ECF**

The Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Sami v. City of New York, et al.*
    Case No. 21-cv-2785 (WFK)(CLP)

Dear Judge Pollak:

  My firm represents Plaintiff, Ahmed Sami, in the above-referenced § 1983 action. I am writing jointly with counsel for Defendant City of New York to request that the settlement conference scheduled for tomorrow at 10:15 AM be converted to a scheduling conference for discovery. The parties had an extensive discussion today about the possibility of settlement. The parties are so far apart that they agree that a settlement conference tomorrow would not be productive.

  The lawsuit was filed on May 18, 2021. At an initial conference on September 29, 2021, the parties agreed they would exchange initial discovery voluntarily and then pursue settlement. Mr. Beck requested body camera recordings and aerial surveillance footage from ARGUS cameras and TARU, but they have not yet been provided. The parties would like to address this and other discovery issues, including setting a schedule for fact discovery, tomorrow.

            Very truly yours,

            David E. Rudin

DR/sb

cc: Curt Beck (by ECF)
   *Counsel for Defendants*