

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
sscharfs@law.nyc.gov

June 10, 2022

Honorable Cheryl L. Pollak *(by ECF)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10021

      Re:    <u>Sami v. City of New York, et al.</u>, 21 CV 2785 (WFK) (CLP)

Dear Magistrate Judge Pollak:

      I am an attorney in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants City of New York and Jonathan Molina in this action. Pursuant to the Court's Order reflected in the May 4, 2022 Minute Entry for Status Conference, I write to enclose the declaration of Peter Callaghan dated June 9, 2022, which explains the procedures used to identify the officers involved in the alleged incident.

      Thank you for your time and attention to the above.

                                          Respectfully submitted,

                                          /s/ *Susan P. Scharfstein*

                                          Susan P. Scharfstein

cc:    Counsel of Record *(by ECF)*