# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN
—
JACOB "COBY" LOUP
DAVID E. RUDIN

DAVID S. KEENAN
(OF COUNSEL)
THELONIOUS COLEMAN
(PARALEGAL)

October 13, 2022

**Via ECF**

The Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Sami v. City of New York, et al.*
        Case No. 21-cv-2785 (WFK)(CLP)

Dear Judge Pollak:

My firm represents Plaintiff Ahmed Sami in the above-referenced § 1983 action.  I am writing to inform you that the parties have reached a settlement agreement in this case.  We will work with Defendants on submitting the settlement documents as quickly as possible.  In light of the settlement, the pending motions are moot.  Thank you for your close attention to this case, which helped to move the parties to settlement.

Respectfully submitted,

/s/

David E. Rudin

cc:     Susan S. Scharfstein (by ECF)
        Rachel A. Seligman (by email)
        *Counsel for Defendants*