

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Susan P. Scharfstein*
***Special Federal Litigation Division***
*212-356-2355*
*sscharfs@law.nyc.gov*

November 1, 2022

Honorable William F. Kuntz *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Sami v. City of New York, et al.</u>, 21-cv-2785 (WFK) (CLP)

Dear Judge Kuntz:

    I am an attorney in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants City of New York and Jonathan Molina in this action.

    In light of the parties' agreement to settle this action, I write to enclose a stipulation and proposed order of dismissal that has been fully executed by counsel and request that the Court "So Order" the annexed document so that the settlement may be processed and this matter closed.

    Thank you for your time and attention to the above.

                                       Respectfully submitted,

                                       */s/ Susan P. Scharfstein*

                                       Susan P. Scharfstein

cc: Counsel of record *(by ECF)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

AHMED SAMI,

                              Plaintiff,

                  -against-

THE CITY OF NEW YORK, OFFICER JONATHAN
MOLINA, OFFICER FNU AYALA, AND OFFICERS
JOHN DOE #1 TO #7, Individually and as Members of
the New York City Police Department,

                              Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

21-cv-2785 (WFK) (CLP)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and
2. Notwithstanding the dismissal of this action in accordance with this agreement, the Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

New York, New York
October 25, 2022

| LAW OFFICES OF JOEL B. RUDIN, P.C. | SYLVIA O. HINDS-RADIX |
| --- | --- |
| *Attorneys for Plaintiff* | Corporation Counsel of the City of New York |
| Carnegie Hall Tower | *Attorney for Defendants* |
| 152 West 57th Street, Eighth Floor | 100 Church Street |
| New York, New York 10019 | New York, New York 10007 |
| (212) 752-7600 | (212) 356-2422 |
| By: /s/ JOEL RUDIN | By: /s/ RACHEL SELIGMAN |

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE